FILED

2019 SEP -9 PM 3:18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19cr400T 02 TGW

18 U.S.C. § 844(f)(1)

MARK EDWARD ALLEN

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about May 29, 2019, in the Middle District of Florida, the defendant,

MARK EDWARD ALLEN

maliciously attempted to damage and destroy personal and real property, that is, a gate and surrounding land, in whole and in part owned and possessed by, and leased to, the United States Department of Veterans Affairs, a department and agency of the United States, by means of an explosive.

In violation of 18 U.S.C. § 844(f)(1).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a), 18 U.S.C. § 844(c), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 844(f), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any property constituting, or derived from, proceeds the defendant obtained directly, or indirectly, as a result of such violation. In addition, pursuant to 18 U.S.C. §§ 844(c), 981(a), and 28 U.S.C. § 2461(c), the defendant shall forfeit to the United States all explosives, explosive materials, and firearms, as defined in section 5845(a) involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Daniel George
Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security and
Cybercrime Section