UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.

MARK EDWARD ALLEN

    Defendant ☐

Case No. 8:19-cr-400-T-02TGW

☐ Evidentiary
☐ Trial
☒ Other

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 12/13/2019 | 12/13/2019 | N/A | Gate/Scene Photo |
| 2 | 12/13/2019 | 12/13/2019 | N/A | Lock Assembly Photo |
| 3 | 12/13/2019 | 12/13/2019 | N/A | VA Hospital Device Photo |
| 4 | 12/13/2019 | 12/13/2019 | N/A | VA Hospital Device Photo - Deconstructed |