U.S. District Court
Middle District of Florida
Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** _1_

Case No.: 8:19-cr-400-T-02TGW

UNITED STATES OF AMERICA

vs.

MARK EDWARD ALLEN

Date Identified: 12/13/2019

Date Admitted: 12/13/2019

