**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** ____4____

Case No.: 8:19-cr-400-T-02TGW

UNITED STATES OF AMERICA

vs.

MARK EDWARD ALLEN


Date Identified: __12/13/2019__

Date Admitted: __12/13/2019__

